IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

IN RE:                                                          :         ADMINISTRATIVE ORDER
                                                                :
RETROACTIVE APPLICATION                       :
OF <u>SESSIONS V. DIMAYA</u>                            :

---

UPON CONSIDERATION of a joint proposal submitted by the United States Attorney's Office, the Federal Defender Program, Inc., and the United States Probation Office for the Northern District of Georgia;

UPON REVIEW of the United States Sentencing Commission's list of defendants deemed to be possibly eligible for retroactive resentencing pursuant to <u>Sessions v. Dimaya,</u> 138 S. Ct. 1204 (2018), which found that the residual clause set forth in 18 U.S.C. § 16(b) is unconstitutionally vague;

RECOGNIZING THAT the list includes defendants convicted or sentenced under various federal statutes that, at least in part, incorporate 18 U.S.C. § 16(b);

FURTHER RECOGNIZING that if <u>Sessions v. Dimaya</u> is determined to be retroactive to cases on collateral review, there will be a limited length of time to review the cases of the defendants on the Commission's list and those other defendants who file pro se § 2255 motions and to evaluate possible eligibility for relief before the statute of limitations expires on April 17, 2019;

IT IS HEREBY ORDERED pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), that the Federal Defender Program, Inc., is appointed to review the file of each defendant whose name appears on the Commission's recent list (although not those defendants convicted under 18 U.S.C. § 924(c), in light of <u>Ovalles v. United States,</u> 905 F.3d 1231 (11th Cir. 2018)), to determine his or her potential eligibility for retroactive resentencing. (The list of those non-§ 924(c) defendants (69 in all), has been marked as Exhibit A and attached to this order.) The Federal Defender Program is also appointed for the same purpose to review the file of each defendant who files in this Court a pro se § 2255 motion based upon a <u>Dimaya</u> claim, or who

sends a letter to the Court asking whether or not Dimaya applies to his or her case. The Federal Defender Program shall ascertain each defendant's eligibility for relief and whether a conflict of interest precludes it from representation. The Federal Defender Program shall notify the Court upon identifying a prohibitive conflict in which the prospective client's interests are materially adverse to those of a current or former client, and the Court will consider appointing a member of the Criminal Justice Act panel of this district. The Federal Defender Program will also send a letter to each defendant appointed through this order, in which the Federal Defender Program will explain the limited scope of this appointment and further explain that the defendant may decline or opt out of such representation.

IT IS ALSO ORDERED that the United States Probation Office provide both the Federal Defender Program and the United States Attorney's Office with a copy of the Presentence Report (PSR) of each defendant appointed through this administrative order.

SO ORDERED this ___5___ day of November, 2018.

*Thomas W. Thrash*
HON. THOMAS W. THRASH, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Prepared and Presented By:

Byung J. Pak, *United States Attorney*
Stephanie A. Kearns, *Executive Director,*
   *Federal Defender Program, Inc.*

Copy to:

T. Scott Hudson, *Chief United States Probation Officer*